UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAY A. BROOKS                                           CIVIL ACTION

VERSUS                                                  NO. 14-90

WARDEN N. BURL CAIN                                     SECTION "J"(4)

**O R D E R**

The Court, having considered Petitioner's *Petition for Habeas Corpus* **(Rec. Doc. 1)**, the record, the applicable law, the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 19)**, and the Petitioner's *Traverse of and Objections to Magistrate Judge's Report and Recommendation* (**Rec. Doc. 20**), hereby approves the *Report and Recommendation* of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the petition of Petitioner Ray A. Brooks for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to prove he is entitled to an evidentiary hearing or relief based on ineffective assistance of counsel.

New Orleans, Louisiana, this 2nd day of September, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE